UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN C, et al. </br></br> Plaintiff(s), </br></br> v. </br></br> SARA GAGNE-HOLMES, et al. </br></br> Defendant(s), | ) </br> ) </br> ) </br> ) </br> ) CIVIL NO. 1:21-cv-00005-NT </br> ) </br> ) </br> ) </br> ) |

JUDGMENT OF DISMISSAL

In accordance with the Order on Joint Motion for Final Approval of Class Action Settlement and Certification of Settlement Class entered by U.S District Judge Nancy Torresen on November 27, 2024,

JUDGMENT of Dismissal Without Prejudice according to the terms of the Settlement Agreement is hereby entered.

                                                        CHRISTA K. BERRY
                                                      CLERK

                              By:    /s/ Joanne McCue
                                          Deputy Clerk

Dated: November 27, 2024